IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CALVIN RAY PARKER                                               PLAINTIFF

VS.                              CASE NO. 09-CV-1026

KEN JONES, Union County Sheriff;
CAPTAIN JOHN WILLIAMS;
LT. WALTER BASS; CHIEF
JERRY THOMAS; and SGT.
JIM SANDERS                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on October 21, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 8). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff Calvin Ray Parker's Complaint should be and hereby is dismissed with prejudice on the ground that the claims asserted are frivolous and fail to state claims upon which relief may be granted. *See* 28 U.S.C. § 1915A(b). The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 10th day of November, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge